UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80136-CIV-DIMITROULEAS/Snow

JANE DOE NO. 54,

    Plaintiff,

v.

THE SCHOOL BOARD OF PALM BEACH COUNTY,
FLORIDA,

    Defendant.
_____/

### ORDER TO RESPOND

THIS CAUSE is before the Court on the Plaintiff's Motion to Compel Better Responses to Requests for Production and Better Answers to Interrogatories (ECF No. 33), which was referred to United States Magistrate Judge Lurana S. Snow.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before January 31, 2017, the Defendant shall file a response to the motion which shall not exceed three pages in length.  Relevant exhibits may be attached.  After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of January, 2016.

                                                   LURANA S. SNOW
                                                 UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record